

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:       Frank Enns, Jr. v. The State of Texas

Appellate case number:   01-19-00234-CR

Trial court case number: 17-02-15918

Trial court:                       506th District Court of Waller County

    Appellant Frank Enns, Jr. has filed a motion for an extension of time until December 16, 2020 to file a motion for rehearing in the above-styled cause. Appellant's motion is **GRANTED.**

    It is so ORDERED.

Judge's signature: /s Sherry Radack_____
                          ☒ Acting individually      ☐ Acting for the Court

Date: December 1, 2020_____